UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,<br>PLAINTIFF,<br><br>V.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and<br>CARLOS LLANSO,<br>ANNE KINGAN,<br>ALICE ROEMER,<br>MARY BETH YENTZ,<br>LINDA WEATHERBEE,<br>ADAM TOCCI,<br>JEANNE WYAND,<br>NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities,<br>DEFENDANTS. | CIVIL RIGHTS COMPLAINT<br>42 U.S.C. §1983<br><br>CIVIL NO. 05-40099FDS<br><br><br><br><br>MOTION FOR APPOINTMENT<br>AS SPECIAL PROCESS<br>SERVER AND ORDER OF<br>APPOINTMENT |

In accordance with the provisions of Rule 4c of the Massachusetts Rules of Civil Procedure, the undersigned hereby Motions this Honorable Court for the appointment of Edward L. Moynihan as process server in the above entitled action. The undersigned swears that to the best of her knowledge and belief the person to be appointed process server is a Constable who is experienced in the service of process, is 18 years of age or over and is not a party to this action.

Respectfully submitted,

ANDREW PAQUETTE

By his attorneys

*Melissa E. Mason Shea* (signature)
Melissa E. Mason Shea, Esq.
BBO No.: 564693
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA 01144-1200
Tel. (413) 736-4538
Fax (413) 731-8206
E-mail: lawoffice@sullivanandhayes.com

---

### ORDER APPOINTING SPECIAL PROCESS SERVER

The foregoing Motion is allowed and pursuant to Rule 4c of the Massachusetts Rules of Civil Procedure. IT IS ORDERED that Edward L. Moynihan is hereby appointed as Special Process Server in the above entitled action.

By: _____
        Justice

Dated this 27th day of June, 2005.