UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT; MELANSON HEATH AND COMPANY; JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYLAND, NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities,<br>    Defendants. | Civil Action No. 05-40099FDS |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Melanson, Heath and Company, P.C. with regard to the above-referenced case.

The Defendant,
MELANSON, HEATH and COMPANY, P.C.
By its attorneys,

/s/ Edward D. Shoulkin
Edward D. Shoulkin
B.B.O. # 555483
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
(617) 654-8200

**CERTIFICATE OF SERVICE**

I, Edward D. Shoulkin, certify that on August 2, 2005, I served copies of the foregoing by mailing same postage prepaid to all counsel of record.

/s/ Edward D. Shoulkin
Edward D. Shoulkin