UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT; MELANSON, HEATH AND COMPANY; JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYLAND, NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities,<br>    Defendants. | Civil Action No. 05-40099FDS |

**MOTION OF THE DEFENDANT, MELANSON, HEATH & COMPANY, P.C.,
TO DISMISS COUNTS VI, VII AND XII OF THE PLAINTIFF'S FIRST
AMENDED VERIFIED COMPLAINT OR, IN THE ALTERNATIVE,
<u>FOR A MORE DEFINITE STATEMENT</u>**

The defendant, Melanson, Heath & Company, P.C., hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts VI, VII and XII of the plaintiff's First Amended Verified Complaint, and any other Counts that arguably set forth claims against this Defendant, for failure to state a claim upon which relief can be granted. Should the Court decline to dismiss the aforementioned Counts from the plaintiff's First Amended Verified Complaint, the defendant moves in the alternative for a more definite statement pursuant to Rule 12(e).

As grounds for this motion, the defendant states that the plaintiff's First Amended Verified Complaint asserts claims against the defendant for defamation and civil conspiracy to commit defamation, and possibly alleges a claim against the defendant for intentional infliction of emotional distress; that the plaintiff has failed to adequately plead several elements required for stating viable claims for defamation, civil conspiracy to commit defamation and intentional infliction of emotional distress; and that the plaintiff has not and cannot allege specific facts that would give rise to these causes of action. The grounds supporting this motion are more fully set forth in the accompanying memorandum of law.

Wherefore, the defendant, Melanson, Heath & Company, P.C., respectfully requests that the Court dismiss Counts VI, VII and XII of the plaintiff's First Amended Verified Complaint, or in the alternative, order the plaintiff to provide a more definitive statement of these allegations.

>The Defendant,
>MELANSON, HEATH & COMPANY, P.C.
>By its attorneys,
>
>/s/ Edward D. Shoulkin
>Edward D. Shoulkin
>B.B.O. # 555483
>TAYLOR, DUANE, BARTON & GILMAN, LLP
>160 Federal Street, 5th Floor
>Boston, MA  02110
>(617) 654-8200

**CERTIFICATE OF SERVICE**

I, Edward D. Shoulkin, certify that on August 2, 2005, I served copies of the foregoing by mailing same postage prepaid to all counsel of record.

/s/ Edward D. Shoulkin

**7.1 CERTIFICATION**

I, Edward D. Shoulkin, hereby certify that I conferred with counsel of record for all parties concerning this motion prior to filing this motion with the Court and was unable to resolve the issues which are the subject of the within motion.

/s/ Edward D. Shoulkin
Edward D. Shoulkin