UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NASHOBA REGIONAL SCHOOL  )<br>DISTRICT; MELANSON HEATH AND  )<br>COMPANY; JOHANNA VAN HOUTEN  )<br>RILEY, in her official capacity as the former  )<br>Superintendent for the Nashoba Regional School  )<br>District and in her individual capacity; and  )<br>CARLOS LLANSO, ANNE KINGAN, ALICE  )<br>ROEMER, MARY BETH YENTZ, LINDA  )<br>WEATHERBEE, ADAM TOCCI, JEANNE  )<br>WYLAND, NANCY FLEMING, in their official )<br>capacities as former members of the Nashoba  )<br>Regional School Committee and in their  )<br>individual capacities,  )<br>    Defendants.  ) | Civil Action No. 05-40099FDS |

**MELANSON, HEATH AND COMPANY, P.C.'S**
**CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, Melanson, Heath and Company, P.C., states that it is a New Hampshire professional corporation, and that no parent corporation or publicly held company owns 10% or more of its stock.

    The Defendant,
    MELANSON, HEATH and COMPANY, P.C.
    By its attorneys,
    /s/ Edward D. Shoulkin
    Edward D. Shoulkin
    B.B.O. # 555483
    Taylor, Duane, Barton & Gilman, LLP
    160 Federal Street, 5th Floor
    Boston, MA  02110
    (617) 654-8200

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2005, I served copies of the foregoing by mailing same postage prepaid to all counsel of record.

    /s/ Edward D. Shoulkin