## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE, ) | CIVIL RIGHTS COMPLAINT |
|     PLAINTIFF, ) | 42 U.S.C. §1983 |
| ) | |
| V. ) | CIVIL NO. 05-40099FDS |
| ) | |
| NASHOBA REGIONAL SCHOOL ) | |
| DISTRICT; ) | |
| MELANSON, HEATH AND COMPANY; ) | |
| JOHANNA VAN HOUTEN RILEY, in her ) | |
| official capacity as the former ) | |
| Superintendent for the Nashoba Regional ) | |
| School District and in her individual ) | |
| capacity; and ) | |
| CARLOS LLANSO, ) | |
| ANNE KINGAN, ) | |
| ALICE ROEMER, ) | |
| MARY BETH YENTZ, ) | |
| LINDA WEATHERBEE, ) | |
| ADAM TOCCI, ) | |
| JEANNE WYAND, ) | |
| NANCY FLEMING, in their official ) | |
| capacities as former members ) | |
| of the Nashoba Regional School Committee ) | |
| and in their individual capacities, ) | |
|     DEFENDANTS. ) | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT MELANSON, HEATH & COMPANY'S MOTION TO DISMISS**

The Plaintiff, Andrew Paquette, hereby respectfully requests that this Court extend the time for it to file a Reply to Defendant Melanson, Heath & Co.'s Motion to Dismiss, up to and including August 31, 2005. This is the Plaintiff's first request for such an extension in this case.

On July 25, 2005, the Plaintiff served an Amended Complaint on Defendant, Melanson, Health & Co. Defendant, Melanson, Health & Co. served their Motion to Dismiss on August 3, 2005. An extension is requested based on Plaintiff counsel's scheduling conflicts. Defendant Melanson, Health & Co.'s counsel has kindly assented to this extension.

| | |
|---|---|
| ASSENTED TO: | Respectfully submitted, |
| MELANSON, HEATH & COMPANY | ANDREW PAQUETTE |
| By its attorneys | By his attorneys |
| /s/ Edward D. Shoulkin | /s/ Melissa E. Mason Shea |
| Edward D. Shoulkin, Esq. | Melissa E. Mason Shea, Esq. |
| BBO No.: 555483 | BBO No.: 564693 |
| TAYLOR, DUANE, BARTON & GILMAN, LLP | SULLIVAN, HAYES & QUINN |
| 160 Federal Street | One Monarch Place – Suite 1200 |
| Boston, MA 02110 | Springfield, MA 01144-1200 |
| Tel. (617) 654-8200 | Tel. (413) 736-4538 |
| Fax (617) 482-5350 | Fax (413) 731-8206 |
| E-mail: eshoulkin@tdbgllp.com | E-mail: lawoffice@sullivanandhayes.com |