UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| ANDREW PAQUETTE, ) | | CIVIL RIGHTS COMPLAINT |
|     PLAINTIFF, ) | | 42 U.S.C. §1983 |
| ) | | |
| V. ) | | CIVIL NO. 05-40099FDS |
| ) | | |
| NASHOBA REGIONAL SCHOOL ) | | |
| DISTRICT; ) | | |
| MELANSON, HEATH AND COMPANY; ) | | |
| JOHANNA VAN HOUTEN RILEY, in her ) | | |
| official capacity as the former ) | | |
| Superintendent for the Nashoba Regional ) | | **NOTICE OF APPEARANCE** |
| School District and in her individual ) | | |
| capacity; and ) | | |
| CARLOS LLANSO, ANNE KINGAN, ) | | |
| ALICE ROEMER, MARY BETH YENTZ, ) | | |
| LINDA WEATHERBEE, ADAM TOCCI, ) | | |
| JEANNE WYAND, NANCY FLEMING, ) | | |
| in their official capacities as former members ) | | |
| of the Nashoba Regional School Committee ) | | |
| and in their individual capacities, ) | | |
|     DEFENDANTS. ) | | |

    Please enter my appearance and the appearance of Sullivan, Hayes & Quinn as attorneys for the Plaintiff, Andrew Paquette in reference to the above-captioned matter.

    The Plaintiff,

    ANDREW PAQUETTE

    By his attorneys

    /s/ Layla G. Taylor
    Layla G. Taylor, Esq.
    BBO No.: 660736
    SULLIVAN, HAYES & QUINN
    One Monarch Place – Suite 1200
    Springfield, MA 01144-1200
    Tel. (413) 736-4538
    Fax (413) 731-8206
    E-mail: lawoffice@sullivanandhayes.com

## CERTIFICATE OF SERVICE

     I hereby certify that on 1st day of September 2005, I electronically filed my Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants:

William P. Breen, Jr., Esq.
MURPHY, HESSE, TOOMEY &
  LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02110

Edward D. Shoulkin, Esq.
TAYLOR, DUANE, BARTON &
  GILMAN, LLP
160 Federal Street
Boston, MA 02110

                           /s/ Layla G. Taylor
                           Layla G. Taylor, Esq.