## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,        ) | CIVIL RIGHTS COMPLAINT |
|     PLAINTIFF,           ) | 42 U.S.C. §1983 |
|                               ) | |
|     V.                           ) | CIVIL NO. <u>05-40099FDS</u> |
|                               ) | |
| NASHOBA REGIONAL SCHOOL  ) | |
| DISTRICT;                           ) | |
| MELANSON, HEATH AND COMPANY; ) | |
| JOHANNA VAN HOUTEN RILEY, in her ) | |
| official capacity as the former       ) | |
| Superintendent for the Nashoba Regional ) | **NOTICE OF APPEARANCE** |
| School District and in her individual  ) | |
| capacity; and                       ) | |
| CARLOS LLANSO, ANNE KINGAN,  ) | |
| ALICE ROEMER, MARY BETH YENTZ, ) | |
| LINDA WEATHERBEE, ADAM TOCCI,  ) | |
| JEANNE WYAND, NANCY FLEMING, ) | |
| in their official capacities as former members) | |
| of the Nashoba Regional School Committee ) | |
| and in their individual capacities,      ) | |
|     DEFENDANTS.           ) | |

      Please enter my appearance and the appearance of Sullivan, Hayes & Quinn as attorneys for the Plaintiff, Andrew Paquette in reference to the above-captioned matter.

      The Plaintiff,

      ANDREW PAQUETTE

      By his attorneys

      <u>/s/ Meghan B. Sullivan</u>
      Meghan B. Sullivan, Esq.
      BBO No.: 635265
      SULLIVAN, HAYES & QUINN
      One Monarch Place – Suite 1200
      Springfield, MA 01144-1200
      Tel. (413) 736-4538
      Fax (413) 731-8206
      E-mail: lawoffice@sullivanandhayes.com

## CERTIFICATE OF SERVICE

  I hereby certify that on 1st day of September 2005, I electronically filed my Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants:

William P. Breen, Jr., Esq.
MURPHY, HESSE, TOOMEY &
 LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02110

Edward D. Shoulkin, Esq.
TAYLOR, DUANE, BARTON &
 GILMAN, LLP
160 Federal Street
Boston, MA 02110

            /s/ Meghan B. Sullivan
            Meghan B. Sullivan, Esq.