## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE, )<br>　　　PLAINTIFF, )<br> )<br>V. )<br> )<br>NASHOBA REGIONAL SCHOOL )<br>DISTRICT; )<br>MELANSON, HEATH AND COMPANY; )<br>JOHANNA VAN HOUTEN RILEY, in her )<br>official capacity as the former )<br>Superintendent for the Nashoba Regional )<br>School District and in her individual )<br>capacity; and )<br>CARLOS LLANSO, )<br>ANNE KINGAN, )<br>ALICE ROEMER, )<br>MARY BETH YENTZ, )<br>LINDA WEATHERBEE, )<br>ADAM TOCCI, )<br>JEANNE WYAND, )<br>NANCY FLEMING, in their official )<br>capacities as former members )<br>of the Nashoba Regional School Committee )<br>and in their individual capacities, )<br>　　　DEFENDANTS. ) | CIVIL RIGHTS COMPLAINT<br>42 U.S.C. §1983<br><br>CIVIL NO. <u>05-40099FDS</u> |

**<u>ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO THE MOTION TO DISMISS SUBMITTED BY DEFENDANTS NASHOBA REGIONAL SCHOOL DISTRICT, JOHANNA VAN HOUTEN RILEY, CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYAND, AND NANCY FLEMING</u>**

The Plaintiff, Andrew Paquette, by his attorneys, hereby respectfully requests that this Court extend the time for it to file a Reply to the Motion to Dismiss submitted by Defendants Nashoba Regional School District, Johanna Van Houten Riley, Carlos Llanso, Anne Kingan, Alice Roemer, Mary Beth Yentz, Linda Weatherbee, Adam Tocci, Jeanne Wyand, and Nancy Fleming (collectively, "Defendants"), for a period up to and including September 30, 2005.

On July 25, 2005, the Plaintiff served an Amended Verified Complaint on Defendants. Defendants served their Motion to Dismiss on August 26, 2005. Defendants' counsel has kindly assented to this extension.

Respectfully submitted,

ASSENTED TO:

NASHOBA REGIONAL SCHOOL DISTRICT,
JOHANNA VAN HOUTEN RILEY, CARLOS
LLANSO, ANNE KINGAN, ALICE ROEMER,
MARY BETH YENTZ, LINDA WEATHERBEE,
ADAM TOCCI, JEANNE WYAND, AND
NANCY FLEMING        ANDREW PAQUETTE

By their attorneys                                          By his attorneys


/s/ William P. Breen                                        /s/ Layla G. Taylor
William P. Breen, Esq.                                      Layla G. Taylor, Esq.
BBO No.: 558768                                             BBO No.: 660736
MURPHY, HESSE, TOOMEY                                       SULLIVAN, HAYES & QUINN
  & LEHANE, LLP                                             One Monarch Place – Suite 1200
300 Crown Colony Drive, Suite 410                           Springfield, MA 01144-1200
Quincy, MA 02110                                            Tel. (413) 736-4538
Tel. (617) 479-5000                                         Fax (413) 731-8206
E-mail: wbreen@mhtl.com                                     E-mail: lawoffice@sullivanandhayes.com