## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,        ) <br>     PLAINTIFF,        ) <br>                             ) <br> V.        ) <br>                             ) <br> NASHOBA REGIONAL SCHOOL       ) <br> DISTRICT;        ) <br> MELANSON, HEATH AND COMPANY;   ) <br> JOHANNA VAN HOUTEN RILEY, in her  ) <br> official capacity as the former        ) <br> Superintendent for the Nashoba Regional  ) <br> School District and in her individual       ) <br> capacity; and        ) <br> CARLOS LLANSO,        ) <br> ANNE KINGAN,        ) <br> ALICE ROEMER,        ) <br> MARY BETH YENTZ,        ) <br> LINDA WEATHERBEE,        ) <br> ADAM TOCCI,        ) <br> JEANNE WYAND,        ) <br> NANCY FLEMING, in their official       ) <br> capacities as former members       ) <br> of the Nashoba Regional School Committee  ) <br> and in their individual capacities,       ) <br>     DEFENDANTS.        ) | CIVIL RIGHTS COMPLAINT <br> 42 U.S.C. §1983 <br><br> CIVIL NO. <u>05-40099FDS</u> |

## ASSENTED TO MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

     Plaintiff, Andrew Paquette, by and through his attorneys, hereby respectfully request this Honorable Court to grant this motion to exceed the page limit set forth in the Local Rules for the District of Massachusetts 7.1B(4) and to allow plaintiff to submit a twenty-five (25) page Opposition Memorandum. Defendants' counsel, Attorney William Breen, has kindly assented to this motion.

     The grounds for this motion are as follows:

     1. Local Rule 7.1B(4) authorizes this Court to grant leave to file a Memorandum of Law in excess of the twenty (20) page limit set forth in the Rule.

2. Although Plaintiff's counsel attempted to streamline the memorandum as much as possible, due to the number of issues involved in this case, the Memorandum of Law exceeds the page limit.

3. No party will be prejudiced by a grant of this motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant its Motion for leave to Exceed Page Limit.

                           Respectfully submitted,

ASSENTED TO:

| | |
|---|---|
| NASHOBA REGIONAL SCHOOL DISTRICT, JOHANNA VAN HOUTEN RILEY, CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYAND, AND NANCY FLEMING | ANDREW PAQUETTE |
| By their attorneys | By his attorneys |
| /s/ William P. Breen | /s/ Layla G. Taylor |
| William P. Breen, Esq. | Layla G. Taylor, Esq. |
| BBO No.: 558768 | BBO No.: 660736 |
| MURPHY, HESSE, TOOMEY & LEHANE, LLP | SULLIVAN, HAYES & QUINN |
| 300 Crown Colony Drive, Suite 410 | One Monarch Place – Suite 1200 |
| Quincy, MA 02110 | Springfield, MA 01144-1200 |
| Tel. (617) 479-5000 | Tel. (413) 736-4538 |
| | Fax (413) 731-8206 |
| E-mail: wbreen@mhtl.com | E-mail: lawoffice@sullivanandhayes.com |