UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE, )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>NASHOBA REGIONAL SCHOOL )<br>DISTRICT; MELANSON, HEATH AND )<br>COMPANY; JOHANNA VAN HOUTEN )<br>RILEY, in her official capacity as the former )<br>Superintendent for the Nashoba Regional School )<br>District and in her individual capacity; and )<br>CARLOS LLANSO, ANNE KINGAN, ALICE )<br>ROEMER, MARY BETH YENTZ, LINDA )<br>WEATHERBEE, ADAM TOCCI, JEANNE )<br>WYLAND, NANCY FLEMING, in their official )<br>capacities as former members of the Nashoba )<br>Regional School Committee and in their )<br>individual capacities, )<br>   Defendants. ) | Civil Action No. 05-40099FDS |

**MOTION OF THE DEFENDANT, MELANSON, HEATH & COMPANY, P.C.,
FOR LEAVE OF COURT TO FILE A REPLY BRIEF**

The defendant, Melanson, Heath & Company, P.C., respectfully moves pursuant to Local Rule 7.1(B)(3) of the United States District Court for leave to file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Counts VI, VII, and XII of the Plaintiff's First Amended Verified Complaint, or, in the Alternative, For a More Definite Statement. As grounds for this motion, the defendant states that the plaintiff's opposition raises several issues that could not have been foreseen and which were not addressed in the Defendant's motion to dismiss. In particular, the plaintiff's opposition dramatically mischaracterizes the defendant's statement of the pleading requirements for defamation in federal court. Further, the plaintiff overstates the impact and applicability of a recent decision of this Court and

fails to properly address the requirements for stating a claim for civil conspiracy and intentional infliction of emotional distress. These warrant a reply.

Wherefore, the defendant, Melanson, Heath & Company, P.C., respectfully requests that this Court allow its motion for leave to file a reply brief, and accept the enclosed reply brief for filing.

October 12, 2005

                                           The Defendant,
MELANSON, HEATH & COMPANY, P.C.
By its attorneys,

/s/ Edward D. Shoulkin
Edward D. Shoulkin
B.B.O. # 555483
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
(617) 654-8200

**7.1 CERTIFICATION**

I, Edward D. Shoulkin, hereby certify that I conferred with counsel of record for all parties concerning this motion prior to filing this motion with the Court and was unable to resolve the issues which are the subject of the within motion.

/s/ Edward D. Shoulkin
Edward D. Shoulkin