**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| ANDREW PAQUETTE,     ) | CIVIL RIGHTS COMPLAINT |
|     PLAINTIFF,     ) | 42 U.S.C. §1983 |
|     ) | |
| V.     ) | CIVIL NO. 05-40099FDS |
|     ) | |
| NASHOBA REGIONAL SCHOOL     ) | |
| DISTRICT;     ) | |
| MELANSON, HEATH AND COMPANY;  ) | |
| JOHANNA VAN HOUTEN RILEY, in her ) | |
| official capacity as the former     ) | |
| Superintendent for the Nashoba Regional ) | |
| School District and in her individual     ) | |
| capacity; and     ) | |
| CARLOS LLANSO,     ) | |
| ANNE KINGAN,     ) | |
| ALICE ROEMER,     ) | |
| MARY BETH YENTZ,     ) | |
| LINDA WEATHERBEE,     ) | |
| ADAM TOCCI,     ) | |
| JEANNE WYAND,     ) | |
| NANCY FLEMING, in their official     ) | |
| capacities as former members     ) | |
| of the Nashoba Regional School Committee ) | |
| and in their individual capacities,     ) | |
|     DEFENDANTS.     ) | |

**MOTION REQUESTING A SINGLE HEARING FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1, the Plaintiff, Andrew Paquette, by and through his attorneys, respectfully requests a single hearing for oral argument in the above referenced litigation.

As grounds for this Motion, the Plaintiff asserts the following:

1) The Plaintiff filed the Complaint in the above-captioned matter on June 21, 2005 and filed an amended Complaint on July 25, 2005;
2) The Defendant, Melanson, Health and Company (MHC), filed a Motion to Dismiss Counts VI, VII and XII of the amended Complaint on August 2, 2005;

3) The Nashoba Regional School District and the additional individually named Defendants (collectively, the Nashoba Defendants) filed a Motion to Dismiss Counts I, II, V, VII, VIII, IX, X, and XII of the Complaint on August 26, 2005. The Nashoba Defendants requested oral argument;

4) The Plaintiff filed an Opposition to the Defendant MHC's Opposition on August 30, 2005;

5) On September 30, 2005, the Plaintiff filed an Opposition to the Nashoba Defendants' Motion to Dismiss; and

6) On October 12, 2005, MHC filed a reply brief to the Plaintiff's Opposition to MHC's Motion to Dismiss.

As the Complaint and the arguments advanced in the Parties' briefs on both Motions to Dismiss raise questions of law and factual issues that are interrelated and relevant to all the Parties in this case, the Plaintiff argues that the interest of justice and judicial economy would be served by a consolidated oral argument on the above referenced Motions to Dismiss and oppositions thereto.

Wherefore, in the interest of justice and judicial economy, the Plaintiff respectfully requests that if this Honorable Court concludes that there should be a hearing on the Motions to Dismiss pursuant to Local Rule 7.1(e), that any such hearings should be scheduled contemporaneously.

Respectfully Submitted,

ANDREW PAQUETTE

By his attorneys

/s/ Layla G. Taylor
Layla G. Taylor, Esq.-BBO No.: 660736
Melissa M. Shea, Esq.-BBO No.: 564693
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA 01144-1200
Tel. (413) 736-4538
Fax (413) 731-8206
E-mail: lawoffice@sullivanandhayes.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on 28th day of February 2006, I electronically filed Plaintiff's Motion for Consolidated Oral Argument with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants:

William P. Breen, Jr., Esq.
MURPHY, HESSE, TOOMEY &
  LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02110

Edward D. Shoulkin, Esq.
TAYLOR, DUANE, BARTON &
  GILMAN, LLP
160 Federal Street
Boston, MA 02110

                                                      /s/ Layla G. Taylor
                                                      Layla G. Taylor, Esq.


**7.1 CERTIFICATION**

      I, Layla G. Taylor, hereby certify that counsel for the plainitffs have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issues presented in the motion. Counsel for the Defendants have indicated that they do not intend to object to this motion.
.

                                                      /s/ Layla G. Taylor
                                                     Layla G. Taylor, Esq.