UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT; MELANSON HEATH AND COMPANY; JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYLAND, NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities,<br>    Defendants. | Civil Action No. 05-40099FDS |

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME FOR MELANSON, HEATH AND COMPANY, P.C., TO FILE ITS ANSWER TO PLAINTIFF'S <u>FIRST AMENDED COMPLAINT</u>**

Melanson, Heath and Company, P.C., ("defendant" or "Melanson") respectfully moves this Court for an Order extending the time for Melanson to file its Answer to the plaintiff's First Amended Complaint. Counsel for the plaintiff has assented to this motion.

Melanson's Answer to plaintiff's First Amended Complaint is presently due to be filed with the Court on April 10, 2006. Melanson submits that an extension of time until April 24, 2006 is necessary for it to prepare and file its Answer to plaintiff's First Amended

Complaint. Accordingly, Melanson respectfully requests that this Court grant it's motion and extend the time for Melanson to file its Answer to plaintiff's First Amended Complaint.

                                               The Defendant,
Melanson, Heath and Company, P.C.
By its attorneys,

April 7, 2006
Date:

/s/ Edward D. Shoulkin
Edward D. Shoulkin
B.B.O. # 555483
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

Assented to by:

The Plaintiff,
Andrew Paquette,
By his attorneys,

/s/ Layla G. Taylor
Layla G. Taylor
B.B.O. # 660736
Sullivan, Hayes & Quinn
One Monarch Place, Suite 1200
Springfield, MA 01144
(413) 736-4538