UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40099FDS

| | |
|---|---|
| ANDREW PAQUETTE, <br>     Plaintiff <br><br> vs. <br><br> NASHOBA REGIONAL SCHOOL DISTRICT; MELANSON, HEATH AND COMPANY; JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYAND, NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS NASHOBA REGIONAL SCHOOL DISTRICT,
JOHANNA VAN HOUTEN RILEY, CARLOS LLANSO, ANNE KINGAN,
ALICE ROEMER, MARY BETH YENTZ, LINDA WETHERBEE,
ADAM TOCCI, JEANNE WYAND AND NANCY FLEMING'S (ASSENTED TO)
<u>MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT</u>**

Defendants Nashoba Regional School District, Johanna Van Houten Riley, Carlos Llanso, Anne Kingan, Alice Roemer, Mary Beth Yentz, Linda Wetherbee, Adam Tocci, Jeanne Wyand and Nancy Fleming hereby respectfully move the Court, with the Plaintiff's assent, to extend their time to file their Answer to the Plaintiff's Complaint through and including Friday May 12, 2006. As grounds for this motion, the Defendants state that their current attorney, William P. Breen, Jr. is leaving his present law firm and will be filing his Notice of Withdrawal of Appearance as soon as

replacement counsel is identified and files and appearance. The additional time requested is needed to permit successor counsel to acclimate himself/herself with the allegations and issues and to craft an Answer which is consistent with his/her strategy for the defense of this case.

In support of this motion, the Defendants state that Plaintiff's Counsel has been consulted and would assent to the relief sought in this motion.

WHEREFORE, the Defendants respectfully move the Court to extend their deadline for filing an Answer to the Complaint through and including May 12, 2006.

    Respectfully submitted,

    The Defendants,
    NASHOBA REGIONAL SCHOOL DISTRICT,
    JOHANNA VAN HOUTEN RILEY, CARLOS
    LLANSO, ANNE KINGAN, ALICE ROEMER,
    MARY BETH YENTZ, LINDA WETHERBEE,
    ADAM TOCCI, JEANNE WYAND and NANCY
    FLEMING,
    By Their Attorney,

    /s/ William P. Breen, Jr.
    William P. Breen, Jr., Esq., BBO #558768
    MURPHY, HESSE, TOOMEY & LEHANE, LLP
    300 Crown Colony Drive, Suite 410
    Quincy, MA 02110
    (617) 479-5000

Dated: April 20, 2006

Certification Pursuant to Local Rule 7.1

The undersigned attorney certifies that prior to filing the above motion, he conferred in good faith with the Plaintiff to narrow the issues raised by this motion. The Plaintiff assented to the relief sought in the present motion.

/s/ William P. Breen, Jr.

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 20, 2006.

/s/ William P. Breen, Jr.