# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,<br>    PLAINTIFF,<br><br>V.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and<br>CARLOS LLANSO,<br>ANNE KINGAN,<br>ALICE ROEMER,<br>MARY BETH YENTZ,<br>LINDA WEATHERBEE,<br>ADAM TOCCI,<br>JEANNE WYAND,<br>NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities,<br>    DEFENDANTS. | CIVIL RIGHTS COMPLAINT<br>42 U.S.C. §1983<br><br>CIVIL NO. <u>05-40099FDS</u><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Dated:  <u>May 4, 2006</u> |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND THE TIME FOR FILING A JOINT STATEMENT AND REQUEST FOR POSTPONEMENT OF THE MAY 8, 2006 SCHEDULING CONFERENCE**

Plaintiff, Andrew Paquette, by and through his Attorneys, respectfully requests this Honorable Court to extend the time for Counsel to file a Joint Statement and to extend the date for the Initial Scheduling Conference in the above-captioned matter. Specifically, Plaintiff requests:

1) that the Scheduling Conference be postponed until June 1, 2006 or another time deemed appropriate by the Court and,
2) that the deadline for filing the joint statement be five (5) business days prior to the date set for the new Scheduling Conference.

The basis for this Motion is that the Counsel of Record for the Nashoba Regional School District and the nine individually named Defendants (collectively, the "Nashoba Defendants"), as well as, Counsel of Record's former Firm, are no longer representing the Nashoba

Defendants. John Davis of *Pierce, Davis and Perritano, LLP* stated on May 3, 2006 that he and his collegue, John J. Cloherty III, have been assigned this case and intend to file an apperarance on behalf of the Nashoba Defendants in this matter. In light of the change in the Nashoba Defendants' current legal representation, the Parties have not had an opportunity to confer regarding the joint statement which is the subject matter of the May 8, 2006 conference. Counsel for Melanson, Heath and Company has assented to this Motion. John Davis, Esq. has assented to this motion on behalf of his clients, the Nashoba Defendants.

Wherefore, the Plaintiff respectfully requests that this Honorable Court grant its motion and extend the time for filing a Joint Statement and extend the date for the Scheduling Conference in the above-captioned matter.

**ASSENTED TO BY:**

| The Defendants | Respectfully Submitted, |
|---|---|
| Nashoba Regional School District, Carlos Llanso, Anne Kingan, Alice Roemer, Mary Beth Yentz, Linda Weatherbee, Adam Tocci, Jeanne Wyand and Nancy Fleming, Johanna Van Houten Riley | Andrew Paquette<br><br>By his attorneys |
| By their attorneys | |
| /s/ John J. Davis<br>John J. Davis, Esq.-BBO No.: 115890<br>John J. Cloherty III, Esq.-BBO No.: 566522<br>PIERCE, DAVIS AND PERRITANO, LLP<br>Ten Winthrop Square<br>Boston, MA 02110-1257<br>E-Mail: jdavis@piercedavis.com<br>E-Mail: jcloherty@piercedavis.com | /s/ Layla G. Taylor<br>Layla G. Taylor, Esq.-BBO No.: 660736<br>Melissa M. Shea, Esq.-BBO No.: 564693<br>SULLIVAN, HAYES & QUINN<br>One Monarch Place – Suite 1200<br>Springfield, MA 01144-1200<br>E-mail: lawoffice@sullivanandhayes.com |

**ASSENTED TO BY:**

Melanson, Heath and Company

By it attorney

/s/ Edward D. Shoulkin
Edward D. Shoulkin, Esq.
TAYLOR, DUANE, BARTON &
  GILMAN, LLP
160 Federal Street
Boston, MA 02110
E-Mail: eshoulkin@tdbgllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day of May 2006, I electronically filed Plaintiff's Assented to Motion to Extend the Time for Filing a Joint Statement and Request for Postponement of the May 8, 2006 Scheduling Conference with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants:

John J. Davis, Esq.
John J. Cloherty III, Esq.
PIERCE, DAVIS AND PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110-1257

Edward D. Shoulkin, Esq.
TAYLOR, DUANE, BARTON &
  GILMAN, LLP
160 Federal Street
Boston, MA 02110

        /s/ Layla G. Taylor
        Layla G. Taylor, Esq.