UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her<br>official capacity as the former Superintendent<br>for the Nashoba Regional School District and<br>in her individual capacity; and CARLOS<br>LLANSO, ANNE KINGAN, ALICE ROEMER,<br>MARY BETH YENTZ, LINDA WEATHERBEE,<br>ADAM TOCCI, JEANNE WYAND, NANCY<br>FLEMING, in their official capacitites as former<br>members of the Nashoba Regional School<br>Committee and in their individual capacities,<br>    Defendants. | CIVIL ACTION NO.:<br>2005CV40099FDS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel of record for the defendants, Nashoba Regional School District, Johanna Van Houten Riley, Carlos Llanso, Anne Kingan, Alice Roemer, Mary Beth Yentz, Linda Weatherbee, Adam Tocci, Jeanne Wyand and Nancy Fleming, in the above-captioned matter.

The Defendants,

NASHOBA REGIONAL SCHOOL DISTRICT;
JOHANNA VAN HOUTEN RILEY; CARLOS
LLANSO; ANNE KINGAN; ALICE ROEMER;
MARY BETH YENTZ; LINDA WEATHERBEE;
ADAM TOCCI; JEANNE WYAND; and
NANCY FLEMING;
By its attorneys,


**PIERCE, DAVIS & PERRITANO, LLP**


John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950