UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her<br>official capacity as the former Superintendent<br>for the Nashoba Regional School District and<br>in her individual capacity; and CARLOS<br>LLANSO, ANNE KINGAN, ALICE ROEMER,<br>MARY BETH YENTZ, LINDA WEATHERBEE,<br>ADAM TOCCI, JEANNE WYAND, NANCY<br>FLEMING, in their official capacities as former<br>members of the Nashoba Regional School<br>Committee and in their individual capacities,<br>    Defendants. | C.A. No. 2005CV40099 FDS |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel of record for the defendants, Nashoba Regional School District, Johanna Van Houten Riley, Carlos Llanso, Anne Kingan, Alice Roemer, Mary Beth Yentz, Linda Weatherbee, Adam Tocci, Jeanne Wyand and Nancy Fleming, in the above-captioned matter.

                                           The Defendants,
                                           NASHOBA REGIONAL SCHOOL DISTRICT;
                                           JOHANNA VAN HOUTEN RILEY; CARLOS
                                           LLANSO; ANNE KINGAN; ALICE ROEMER;
                                           MARY BETH YENTZ; LINDA WEATHERBEE;
                                           ADAM TOCCI; JEANNE WYAND; and
                                           NANCY FLEMING;
                                           By their attorneys,
                                           **PIERCE, DAVIS & PERRITANO, LLP**

                                           s/ John J. Cloherty III
                                           _____
                                           John J. Cloherty III, BBO# 566522
                                           Ten Winthrop Square
                                           Boston, MA 02110
                                           (617) 350-0950