UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW PAQUETTE,<br>           Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her<br>official capacity as the former Superintendent<br>for the Nashoba Regional School District and<br>in her individual capacity; and CARLOS<br>LLANSO, ANNE KINGAN, ALICE ROEMER,<br>MARY BETH YENTZ, LINDA WEATHERBEE,<br>ADAM TOCCI, JEANNE WYAND, NANCY<br>FLEMING, in their official capacitites as former<br>members of the Nashoba Regional School<br>Committee and in their individual capacities,<br>           Defendants. | CIVIL ACTION NO.:<br>2005CV40099FDS |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE – ASSENTED TO

The undersigned, William P. Breen, Jr., hereby moves, pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, for leave withdraw his appearance as counsel for the defendants, Nashoba Regional School District, Joanna Van Houton Riley, Carlos Llanso, Anne Kingan, Mary Beth Yentz, Linda Weatherbee, Adam Tocci, Jeanne Wyand, Nancy Fleming and Alice Roemer (hereinafter the "Nashoba defendants"), in the above-captioned matter. As grounds therefor, undersigned counsel states as follows:

1. Undersigned counsel recently left his former law firm of Murphy, Hesse, Toomey & Lehane, LLP, and joined the law firm of Eckert, Seamans, Cherin & Mellott, LLC.

2. The Nashoba defendants now wish to reassign the defense of this case from undersigned counsel to Attorneys John J. Davis and John J. Cloherty with the law firm of Pierce,

{K0324666.1}

Davis & Perritano, LLP. Attorneys Davis and Cloherty filed a Notice of Appearance in this matter on behalf of the Nashoba defendants on May 4, 2006.

3. Although a Scheduling Conference was previously scheduled to be held herein on Monday, May 8, 2006, the plaintiff recently filed an Assented to Motion to Extend Time for Filing a Joint Statement and Request for Postponement of the May 8, 2006 Scheduling Conference. The Court allowed this Motion on May 5, 2006, and rescheduled the Scheduling Conference for June 2, 2006. The allowance of plaintiff's Motion should provide counsel for the plaintiff sufficient time within which to confer with successor counsel for the Nashoba defendants and counsel for the co-defendant, Melanson, Heath & Company and, thereafter, to prepare a joint statement with proposed pre-trial schedule pursuant to Local Rule 16.1(D).

4. No trial date has been set in this matter by the Court.

5. This Motion for Leave to Withdraw Appearance is assented to by counsel for the plaintiff and by counsel for the co-defendant, Melanson, Heath & Company.

WHEREFORE, the undersigned hereby requests that this Court grant him leave to withdraw from the above-captioned matter as counsel for the Nashoba defendants.

Respectfully submitted,

/s/ William P. Breen, Jr.
William P. Breen, Jr., BBO #558768
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place
Boston, MA 02110
(617) 342-6800

*Assented To*:

Plaintiff,
ANDREW PAQUETTE
By his attorneys,

 /s/ Meghan Sullivan
Meghan Sullivan, Esq., BBO #635265
SULLIVAN, HAYES & QUINN
One Monarch Place - Suite 1200
Springfield, MA 01144-1200
(413) 736-4538

Defendant,
MELANSON, HEATH AND COMPANY,
By their attorneys,


 /s/ Edward D. Shoulkin
Edward D. Shoulkin, Esq. BBO #555483
TAYLOR, DUANE, BARTON & GILMAN
160 Federal Street
5th Floor
Boston, MA 02110
(617) 654-8200


CERTIFICATE OF SERVICE


   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2006.


                                    /s/ William P. Breen, Jr.