**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| ANDREW PAQUETTE, ) | CIVIL RIGHTS COMPLAINT |
|     PLAINTIFF, ) | 42 U.S.C. §1983 |
| ) | |
| V. ) | CIVIL NO. 05-40099FDS |
| ) | |
| NASHOBA REGIONAL SCHOOL ) | |
| DISTRICT; ) | |
| MELANSON, HEATH AND COMPANY; ) | |
| JOHANNA VAN HOUTEN RILEY, in her ) | |
| official capacity as the former ) | |
| Superintendent for the Nashoba Regional ) | |
| School District and in her individual ) | |
| capacity; and ) | |
| CARLOS LLANSO, ) | |
| ANNE KINGAN, ) | |
| ALICE ROEMER, ) | |
| MARY BETH YENTZ, ) | |
| LINDA WEATHERBEE, ) | |
| ADAM TOCCI, ) | |
| JEANNE WYAND, ) | |
| NANCY FLEMING, in their official ) | |
| capacities as former members ) | |
| of the Nashoba Regional School Committee ) | |
| and in their individual capacities, ) | Dated: May 26, 2006 |
|     DEFENDANTS. ) | |

**JOINT STATEMENT PURSUANT TO FED. R. CIV. P. RULE 26(f)**
**AND LOCAL RULE 16.1**

Now come the parties and pursuant to Fed. R. Civ. P. Rule 26(f), Local Rule 16.1 and this Court's Order, submit this joint statement and proposed pretrial schedule.

As set forth below, the parties have reached agreement on a number of deadlines and discovery limitations. Where there is disagreement, the parties' respective positions on these deadlines have also been set forth.

I. **AGENDA FOR SCHEDULING CONFERENCE:**

The parties propose that the agenda for the initial scheduling conference include the following:

1. The parties proposed discovery plan;

2. Settlement and ADR; and

3. Consideration of trial by Magistrate Judge.

II. **DISCOVERY PLAN:**

Except as modified by their proposed schedules, the parties propose no changes to deadlines or limits to discovery as set forth in the Federal Rules of Civil Procedure and the Massachusetts District Court Local Rules.

A. *Initial Disclosure:*

In accordance with Local Rule 26.2(A) and this Court's Order, the Parties propose that initial disclosures be completed by July 1, 2006.

B. *Amendments to Pleadings:*

Except for good cause shown, the Parties propose that no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after December 1, 2006.

C. *Written Discovery Requests:*

*Plaintiff's Proposal:* The Plaintiff proposes that all written discovery requests to any party may be served at any time after initial disclosure has been served. All written discovery requests, including requests to admit under Fed. R. Civ. P. Rule 36 must be served no later than April 1, 2007. Absent good cause shown, each party may serve up to 25 written interrogatories upon each individually named party in accordance with the Federal Rules of Civil Procedure.

Absent good cause shown, each party may also serve upon each individually named party up to 25 requests for admission and 2 separate sets of requests for production of documents.

*Defendants' Proposal:*  The Defendants propose that written discovery requests to a party may be served within the confines of the Federal Rules of Civil Procedure at any time after initial disclosures have been served.  All written discovery requests, excluding requests to admit under Fed. R. Civ. P. Rule 36, must be served no later that April 1, 2007.

### D.     Depositions:

*Plaintiff's Proposal*:  Absent good cause shown, any party shall be permitted to take a maximum of 10 depositions of each other individually named party.  The notice and taking of depositions of fact witnesses shall be completed on or before June 1, 2007.

*Defendants' Proposal:*  The Defendants propose that the notice and taking of depositions of fact witnesses shall be completed on or before June 1, 2007 pursuant to the Federal Rules of Civil Procedure and that the number of depositions be consistent with the Federal Rules of Civil Procedure and local rules.

### E.     Expert Disclosures and Discovery:

The Parties propose that Plaintiff's experts be designated with disclosure of expert reports by July 1, 2007.  Defendants' experts shall be designated with disclosure of expert reports by August 15, 2007.  Expert depositions may be taken pursuant to Fed. R. Civ. P. Rule 26(b)(4) no later than November 1, 2007.

### III.    FILING OF MOTIONS:

The Parties propose that all motions for summary judgment be filed no later than December 1, 2007.

**IV.     PROPOSED FINAL PRETRIAL CONFERENCE:**

The Parties propose that the Court schedule a final Pretrial Conference within 45 days of receipt of a decision of any pending summary judgment motions, if such motions are filed. Otherwise, the parties propose that the final Pretrial Conference be scheduled as soon as practicable after the close of discovery.

**V.      TRIAL BY A MAGISTRATE JUDGE:**

The Plaintiff does not consent to trial by Magistrate at this time, but is willing to revisit this issue in the future.

**VI.     COMPLIANCE WITH LOCAL RULE 16.1(D):**

By signing below, counsel for each of the parties certifies that he has conferred with his client relative to a budget for the costs of litigating this matter (both full course litigation and various alternatives) and has also discussed the possibility of alternative dispute resolution. The undersigned counsel will file Rule 16.1(D) (3) certifications separately.

| The Defendants | Respectfully Submitted, |
|---|---|
| Nashoba Regional School District, Carlos Llanso, Anne Kingan, Alice Roemer, Mary Beth Yentz, Linda Weatherbee, Adam Tocci, Jeanne Wyand and Nancy Fleming, Johanna Van Houten Riley | Andrew Paquette<br><br>By his attorneys |
| By their attorneys | |
| /s/ John J. Cloherty, III<br>John J. Davis, Esq.-BBO No.: 115890<br>John J. Cloherty III, Esq.-BBO No.: 566522<br>PIERCE, DAVIS AND PERRITANO, LLP<br>Ten Winthrop Square<br>Boston, MA 02110-1257<br>Tel: (617) 350-0950<br>E-Mail: jdavis@piercedavis.com<br>E-Mail: jcloherty@piercedavis.com | /s/ Layla G. Taylor<br>Layla G. Taylor, Esq.-BBO No.: 660736<br>Melissa M. Shea, Esq.-BBO No.: 564693<br>SULLIVAN, HAYES & QUINN<br>One Monarch Place – Suite 1200<br>Springfield, MA 01144-1200<br>Tel: (413) 736-4538<br>E-mail: lawoffice@sullivanandhayes.com |

Melanson, Heath and Company, P.C.

By its attorney

/s/ Edward D. Shoulkin
Edward D. Shoulkin, Esq.
TAYLOR, DUANE, BARTON &
  GILMAN, LLP
160 Federal Street
Boston, MA 02110
Tel: (617) 654-8200
E-Mail: eshoulkin@tdbgllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of May 2006, I electronically filed Joint Statement Pursuant To Fed. R. Civ. P. Rule 26(F) and Local Rule 16.1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants:

John J. Davis, Esq.
John J. Cloherty III, Esq.
PIERCE, DAVIS AND PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110-1257


Edward D. Shoulkin, Esq.
TAYLOR, DUANE, BARTON &
  GILMAN, LLP
160 Federal Street
Boston, MA 02110

/s/ Layla G. Taylor
Layla G. Taylor, Esq.