UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT; MELANSON HEATH AND COMPANY; JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYLAND, NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities,<br>    Defendants. | Civil Action No. 05-40099FDS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned certify that that the defendant, Melanson, Heath and Company, P.C., and its counsel, Taylor, Duane, Barton & Gilman, LLP, have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:    May 31, 2006

The Defendant

Melanson, Heath & Company, P.C.

_____
John J. Sullivan, Vice-President
Melanson, Heath and Company, P.C.
102 Perimeter Road
Nashua, NH 03063

By its Attorneys,

Taylor, Duane, Barton & Gilman, LLP

_____
Edward D. Shoulkin
B.B.O. #555483
160 Federal Street, 5th Floor
Boston, Massachusetts 02110
(617) 654-8200 – tel
(617) 482-5350 – fax