## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,<br>    PLAINTIFF, | CIVIL RIGHTS COMPLAINT<br>42 U.S.C. §1983 |
| V. | CIVIL NO. 05-40099FDS |
| NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and<br>CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYAND, NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities,<br>    DEFENDANTS. | **LOCAL RULE 16.1 CERTIFICATION**<br><br>Dated: June 5, 2006 |

The undersigned certify that pursuant to Local Rule 16.1(D)(3), the Plaintiff, Andrew Paquette, conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative course of this litigation, and have considered the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

By: /s/ Andrew Paquette
    Andrew Paquette
    21 Homestead Avenue
    Auburn, MA

By: /s/ Layla G. Taylor
    Layla G. Taylor, Esq. BBO No.: 660736
    Meghan B. Sullivan, Esq. BBO No.:635265
    SULLIVAN, HAYES & QUINN
    One Monarch Place – Suite 120
    Springfield, MA 01144-1200
    Tel.: (413) 736-4538