UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her<br>official capacity as the former Superintendent<br>for the Nashoba Regional School District and<br>in her individual capacity; and CARLOS<br>LLANSO, ANNE KINGAN, ALICE ROEMER,<br>MARY BETH YENTZ, LINDA WEATHERBEE,<br>ADAM TOCCI, JEANNE WYAND, NANCY<br>FLEMING, in their official capacities as former<br>members of the Nashoba Regional School<br>Committee and in their individual capacities,<br>    Defendants. | CIVIL ACTION NO.:<br>2005CV40099FDS |

**CERTIFICATE OF CLIENT CONSULTATION**
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for the Defendants Nashoba Regional School District, Johanna Van Houten Riley, Carlos Llanso, Anne Kingan, Alice Roemer, Mary Beth Yentz, Linda Wetherbee, Adam Tocci, Jeanne Wyand, and Nancy Fleming hereby certifies that he has conferred with the Defendants or the Defendants' authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Defendants,
NASHOBA REGIONAL SCHOOL DISTRICT;
JOHANNA VAN HOUTEN RILEY; CARLOS
LLANSO; ANNE KINGAN; ALICE ROEMER;
MARY BETH YENTZ; LINDA WEATHERBEE;
ADAM TOCCI; JEANNE WYAND; and
NANCY FLEMING;
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Cloherty III, BBO# 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Carolyn Hamel, Sr. Claims Specialist
Massamont Insurance Agency, Inc.
P.O. Box 1170
Greenfield, MA 01302-1170

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record via electronic mail.

6/7/06
Date

2