UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE, )<br> Plaintiff, )<br> )<br>v. )<br> )<br>NASHOBA REGIONAL SCHOOL )<br>DISTRICT; MELANSON HEATH AND )<br>COMPANY; JOHANNA VAN HOUTEN )<br>RILEY, in her official capacity as the former )<br>Superintendent for the Nashoba Regional School )<br>District and in her individual capacity; and )<br>CARLOS LLANSO, ANNE KINGAN, ALICE )<br>ROEMER, MARY BETH YENTZ, LINDA )<br>WEATHERBEE, ADAM TOCCI, JEANNE )<br>WYLAND, NANCY FLEMING, in their official )<br>capacities as former members of the Nashoba )<br>Regional School Committee and in their )<br>individual capacities, )<br> Defendants. )<br> ) | Civil Action No. 05-40099FDS |

**Initial Disclosures of Defendant, Melanson, Heath and Co., P.C., Pursuant to
Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2, the defendant, Melanson,

Heath and Co., P.C. ("MHC"), hereby submits this initial disclosure statement.

**I. Fed.R.Civ.P. 26(a)(1)(A): Names of Individuals With Information Relevant to
Disputed Facts**

In addition to any and all individuals identified by the other parties to this action,

including the parties themselves, MHC identifies the following persons as individuals who

may possess information relevant to factual issues that are disputed among the various

parties to this litigation:

1. John Sullivan, Melanson, Heath & Co., P.C.  Mr. Sullivan participated in the investigation that MHC performed for the Nashoba Regional School District, as well as in the subsequent work involving MHC's preparation of projections and reports to the State Advisory Board.

2. Eric Demas, Melanson, Heath & Co., P.C.  Mr. Demas participated in MHC's work in preparing projections and reports on behalf of the School District to the State Advisory Board.

3. Jonathan Metheke, Melanson, Heath & Co., P.C.  Mr. Mctheke participated in the investigation that MHC performed for the School District.

4. Karen Roberts, Melanson, Heath & Co., P.C.  Ms. Roberts participated in the investigation that MHC performed for the School District.

5. John Antonucci.  MHC understands that Mr. Antonucci succeeded the plaintiff as a business manager for the School District and, therefore, may have information about the School District's books and the handling of its finances.

6. Alice Roemer.  Ms. Roemer was the School District's treasurer and, therefore, would have information about the School District's books and finances.

7. Robert Brown, R.E. Brown & Company.  Mr. Brown and/or R.E. Brown & Company previously performed annual audits for the School District.

8. Sullivan & Rogers.  Sullivan & Rogers is the accounting firm that began performing the annual audits for the School District after R.E. Brown & Company.

9. State Advisory Board, Department of Revenue.  MHC does not at this point in time have the names of all persons who served on the State Advisory Board, but Ellis Fitzpatrick and Carlos Llanso were among them.

10. Charlotte Naponen.  Although unaware of her title or the precise scope of her responsibilities, MHC understands that Ms. Naponen generally served as an interim business manager following the plaintiff and prior to Mr. Antonucci's arrival at the School District.

11. James Johnson, Commonwealth of Massachusetts Department of Revenue. Mr. Johnson was involved in the DOR's oversight of the measures undertaken by the School District to resolve its deficit and improve its finances.

12. Attorney General's Office, Commonwealth of Massachusetts. The Attorney General's office performed an investigation into the handling of the Student Activity funds of the School District.

13. Although MHC does not currently recall their names, numerous other individuals affiliated with the School District have knowledge and/or information regarding either or both the investigation and the subsequent efforts to solve the School District's finances, including the Student Fund Faculty Advisors, the Building Committee and one or more School principals.

14. In addition to the foregoing individuals, MHC believes that other persons or entities have knowledge or information regarding the plaintiff and his alleged damages. However, it is not possible at this time to identify each and every such person.

## II.  Fed. R. Civ. P. 26(a)(1)(B): Description By Category and Location of All Documents Relevant to The Disputed Facts

MHC has approximately 3700 pages of discoverable documents in its possession, custody or control that may contain relevant information. Copies of these documents have been bate-stamped and are available to the other parties for inspection. Some documents that MHC previously had, but no longer possesses, are either in the possession, custody or control of the School District and/or others to whom such documents may have been transferred by the School District, such as the District Attorney's office.

MHC and its attorneys possess certain correspondence, notes, memoranda, and/or other documents exchanged between them that were created prior to or during the course of this litigation relating to this claim and the facts and circumstances at issue. Such documents

are protected by the attorney-client privilege, constitute protected work-product, and were prepared in anticipation of this litigation and/or for trial.   Therefore, such materials are not discoverable.

## III.    Fed. R. Civ. P. 26(a)(1)(D): Insurance Information

MHC has a claims made and reported Professional Liability Insurance policy with New York Marine & General Insurance Company, Policy No. 36556 PL 204, with a policy period of 10/10/04 to 10/10/05.  Limits of liability are $2 million each Claim, but in no event exceeding $4 million in the aggregate for all Claims.  The policy is subject to a deductible of $50,000 each Claim, but in no event exceeding $50,000 in the aggregate for all Claims.

The Defendant,
MELANSON, HEATH & CO., P.C.,
By its attorneys,


/s/ Edward D. Shoulkin
Edward D. Shoulkin
BBO #555483
TAYLOR, DUANE, BARTON & GILMAN, LLP
160Federal Street
Boston, MA  02110
(6l7) 654-8200