## PIERCE, DAVIS & PERRITANO, LLP
COUNSELLORS AT LAW

| | | |
|---|---|---|
| Joel F. Pierce<br>John J. Davis *<br>Judith A. Perritano<br>John J. Cloherty III *<br>Daniel G. Skrip ♦<br><br>Of counsel:<br>Gerald Fabiano<br>Jeffrey M. Sankey * | TEN WINTHROP SQUARE<br>BOSTON, MA 02110-1257<br><br>TELEPHONE (617) 350-0950<br>FACSIMILE (617) 350-7760 | Kip J. Adams<br>Patrick D. Banfield<br>Mia Baron<br>John R. Felice<br>David C. Hunter †<br>Michael D. Leedberg ●<br>Robert S. Ludlum †●<br>Julia C. Martinescu *<br>Terrence D. Pricher<br>David G. Schwartz<br>Adam Simms † |

July 18, 2006

\* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT

ATT: Lisa Roland, Clerk
Honorable Judge William C. Hillman
United States District Court for the
District of Massachusetts
595 Main Street
Worcester, MA 01608

Re:  Andrew Paquette v. Nashoba Regional School District, et al.
     United States District Court for the District of Massachusetts: C.A. No. 05-40099 FDS
     Our File No.: 164-0404385

Dear Ms. Roland:

Pursuant to our earlier telephone discussion regarding Judge Hillman's availability, the parties have agreed to the date of August 8, 2006, at the United States District Court in Boston for the mediation of this matter. By copy to Judge Saylor's clerk, Mr. Castles, I am advising the trial clerk of this date. Please let me know if there are any further steps necessary to coordinate this mediation.

Thank you for your assistance.

Sincerely,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III

JJC/mm
cc:  Martin Castles, Clerk
     Layla G. Taylor, Esq.
     Edward D. Shoulkin, Esq.