UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDREW PAQUETTE,

      Plaintiff,                                 CIVIL ACTION
v.                                          NO.   05-40099-FDS

NASHOBA REGIONAL SCHOOL
DISTRICT, et. al.,

      Defendant,

## **NOTICE OF AND ORDER REGARDING MEDIATION**

      The parties are hereby notified that the court has scheduled a mediation conference for **Tuesday, August 8, 2006 @ 10:00 A.M.** in The United States District Court in **BOSTON**, Courtroom #16 on the 5th Floor.  Counsel are directed to be present with their respective clients.

      In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail at lisa_roland@mad.uscourts.gov **no later than one (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

      **If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                                       / s /Timothy S. Hillman
                                                       Timothy S. Hillman
DATED: July 27, 2006                          United States Magistrate Judge