# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ANDREW PAQUETTE,

      Plaintiff,                     CIVIL ACTION

   v.                           NO.  05-40099-FDS

NASHOBA REGIONAL SCHOOL
DISTRICT, et. al.,

      Defendant,


## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

### TO: JUDGE SAYLOR

HILLMAN, M.J.

On __August 8, 2006__ I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| ____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |


The parties were present in person or by an authorized corporate officer .  This case was continued to see if counsel could work on settlement.  Counsel were subsequently contacted and case did not settle.

The case was:

( )   Settled.  Your clerk should enter a ____ day order of dismissal.

( )   There was progress.  A further conference has been scheduled for _____.
unless the case is reported settled prior to that date.

(X )   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.


September 14,  2006___          /s/ Timothy S. Hillman_____
Date                        TIMOTHY S. HILLMAN, M.J.