UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT; MELANSON HEATH AND COMPANY; JOHANNA VAN HOUTEN RILEY, in her official capacity as the former Superintendent for the Nashoba Regional School District and in her individual capacity; and CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYLAND, NANCY FLEMING, in their official capacities as former members of the Nashoba Regional School Committee and in their individual capacities,<br>    Defendants. | Civil Action No. 05-40099FDS |

## **JOINT MOTION OF PARTIES TO RESCHEDULE STATUS CONFERENCE**

The parties hereby jointly move this Court to reschedule the November 17, 2006 status conference to December 5, 2006. As grounds for this motion, the parties state as follows:

1. The status conference was originally scheduled for November 14, 2006, but the Court changed the date to November 17, 2006, a date on which not all counsel are available.

2. Counsel have conferred among themselves and determined that they are all available on December 5, 2006 and have conferred with the Court that this date is available for the Court as well.

WHEREFORE, the parties respectfully request that this Court grant their motion to reschedule the status conference to December 5, 2006 at 2:00 pm.

| The Plaintiff, | The Defendant, | The Defendants, |
|---|---|---|
| Andrew Paquette, | Melanson, Heath and Company, P.C. | Nashoba Regional School District; Johanna Van Houten Riley; Carlos Llanso; Anne Kingan; Alice Roemer; Mary Beth Yentz; Linda Weatherbee; Adam Tocci; Jeanne Wyand and Nancy Fleming, |
| By his attorney, | By its attorney, | By their attorney, |
| /s/ Meghan B. Sullivan | /s/ Edward D. Shoulkin | /s/ John Cloherty |
| Meghan B, Sullivna, Esq. | Edward D. Shoulkin | John Cloherty, Esq. |
| B.B.O. # 635265 | B.B.O. # 555483 | B.B.O. # 566522 |
| Sullivan, Hayes & Quinn | Taylor, Duane, Barton & Gilman, LLP | Pierce, Davis & Perritano, LLP |
| One Monarch Place Suite 1200 | 160 Federal Street, 5th Floor | Ten Winthrop Square |
| Springfield, MA 01144 | Boston, MA 02110 | Boston, MA 02110 |
| (413) 736-4538 | (617) 654-8200 | (617) 350-0950 |