## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| ANDREW PAQUETTE, ) | CIVIL RIGHTS COMPLAINT |
| ) | 42 U.S.C. §1983 |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL NO. 05-40099FDS |
| ) | |
| NASHOBA REGIONAL SCHOOL ) | |
| DISTRICT; ) | |
| MELANSON, HEATH AND COMPANY; ) | |
| JOHANNA VAN HOUTEN RILEY, in her ) | |
| official capacity as the former ) | |
| Superintendent for the Nashoba Regional ) | |
| School District and in her individual ) | |
| capacity; and ) | |
| CARLOS LLANSO, ) | |
| ANNE KINGAN, ) | |
| ALICE ROEMER, ) | |
| MARY BETH YENTZ, ) | |
| LINDA WEATHERBEE, ) | |
| ADAM TOCCI, ) | |
| JEANNE WYAND, ) | |
| NANCY FLEMING, in their official ) | |
| capacities as former members ) | |
| of the Nashoba Regional School Committee ) | |
| and in their individual capacities, ) | Dated: December 8, 2006 |
| ) | |
| Defendants. ) | |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT OF DEFENDANTS, NASHOBA REGIONAL SCHOOL DISTRICT AND MELANSON, HEATH AND COMPANY, P.C. PURSUANT TO FED. R. CIV. P. 68

Plaintiff, Andrew Paquette, by and through his attorneys, pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, hereby provides notice that it has previously accepted the Offer of Judgment dated November 28, 2006, attached hereto as Exhibit A, against only Defendants Nashoba Regional School District (Nashoba) and Melanson, Heath and Company, P.C. (Melanson).

Respectfully Submitted,

ANDREW PAQUETTE

By his attorneys


/s/ Meghan B. Sullivan
Meghan B. Sullivan, Esq.-BBO No.: 635265
Layla G. Taylor, Esq.-BBO No.: 660736
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA 01144-1200
Tel. (413) 736-4538
Fax (413) 731-8206
E-mail: lawoffice@sullivanandhayes.com

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW PAQUETTE,<br>Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her<br>official capacity as the former Superintendent<br>for the Nashoba Regional School District and<br>in her individual capacity; and CARLOS<br>LLANSO, ANNE KINGAN, ALICE ROEMER,<br>MARY BETH YENTZ, LINDA WEATHERBEE,<br>ADAM TOCCI, JEANNE WYAND, NANCY<br>FLEMING, in their official capacities as former<br>members of the Nashoba Regional School<br>Committee and in their individual capacities,<br>Defendants. | CIVIL ACTION NO.:<br>2005CV40099FDS |

**JOINT OFFER OF JUDGMENT OF DEFENDANTS, NASHOBA REGIONAL SCHOOL DISTRICT AND MELANSON, HEATH AND COMPANY, P.C., PURSUANT TO FED. R. CIV. P. 68**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Nashoba Regional School District ("NRSD") and Melanson, Heath and Company, P.C. ("Melanson") hereby make the following Offer of Judgment to plaintiff Andrew Paquette ("Plaintiff"), in the total combined amount of $60,000 (Sixty thousand dollars and no cents), for any and all claims, damages and injuries suffered by Plaintiff which are alleged, or could have been alleged, in the above-captioned lawsuit, including but not limited to, any and all claims against any employees, officers, agents or representatives of NRSD or Melanson who were not named as parties in this lawsuit. The amount of this Rule 68 Offer is inclusive of all interest, costs and attorneys' fees that have accrued, may accrue or that may be assessed by the Court pursuant to statute or otherwise. This Offer is contingent upon judgment entering against the NRSD and Melanson only and upon the stipulation of dismissal with prejudice of all claims against the individual defendants, Johanna Van Houten Riley, Carlos Llanso, Anne Kingan, Alice Roemer, Marybeth Yentz, Linda Weatherbee, Adam Tocci, Jeanne Wyand and

**EXHIBIT A**

Nancy Fleming. By accepting this Offer, the plaintiff expressly agrees and acknowledges that plaintiff waives any right to costs, attorneys' fees and interest, and also expressly waives any right to sue any agent, servant or employee of NRSD and Melanson based on any of the events at issue in this lawsuit.

Rule 68 provides that the plaintiff may serve a written acceptance of the Offer within ten days. If this Offer of Judgment is rejected or if no response is served within ten days, the Offer will be deemed to have been withdrawn. If the judgment finally obtained by the plaintiff is not more favorable than this Rule 68 Offer, the plaintiff must pay the costs incurred after the making of the Offer. See Fed. R. Civ. P. 68. In a § 1983 action, Rule 68 costs include the plaintiff's own attorney fees; thus, when the Rule 68 offer is ultimately greater than the award, the plaintiff may not recover attorney fees from the defendant. See Marek v. Chesny, 473 U.S. 1, 11 (1985). This Offer of Judgment is made for settlement purposes only and is not an admission of any liability or wrongdoing, which the defendants expressly deny.

Respectfully submitted,
The Defendant,
NASHOBA REGIONAL SCHOOL DISTRICT,
By its attorneys,

Pierce, Davis & Perritano, LLP

_____
John J. Cloherty III; BBO# 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: 11/28/06

The Defendant,
MELANSON HEATH & COMPANY, P.C.
By its attorneys,

Taylor, Duane, Barton & Gilman, LLP

_____
Edward D. Shoulkin; BBO # 555483
160 Federal Street - 5th Floor
Boston, MA 02110
(617) 654-8200

2

4

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of December 2006, I electronically filed a Notice of Acceptance of Offer of Judgment of Defendants, Nashoba Regional School District and Melanson, Heath And Company, P.C. Pursuant To Fed. R. Civ. P. 68 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants:

John J. Davis, Esq.
John J. Cloherty III, Esq.
PIERCE, DAVIS AND PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110-1257

Edward D. Shoulkin, Esq.
TAYLOR, DUANE, BARTON &
  GILMAN, LLP
160 Federal Street
Boston, MA 02110

/s Meghan B. Sullivan
Meghan B. Sullivan, Esq.