UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDREW PAQUETTE,<br>    Plaintiff,<br><br>v.<br><br>NASHOBA REGIONAL SCHOOL DISTRICT;<br>MELANSON, HEATH AND COMPANY;<br>JOHANNA VAN HOUTEN RILEY, in her<br>official capacity as the former Superintendent<br>for the Nashoba Regional School District and<br>in her individual capacity; and CARLOS<br>LLANSO, ANNE KINGAN, ALICE ROEMER,<br>MARY BETH YENTZ, LINDA WEATHERBEE,<br>ADAM TOCCI, JEANNE WYAND, NANCY<br>FLEMING, in their official capacities as former<br>members of the Nashoba Regional School<br>Committee and in their individual capacities,<br>    Defendants. | CIVIL ACTION NO.:<br>2005CV40099FDS |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO INDIVIDUAL DEFENDANTS**

Now come the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate to the dismissal of all claims against the Defendants, Johanna Van Houten Riley, Carlos Llanso, Anne Kingan, Alice Roemer, Mary Beth Yentz, Linda Weatherbee, Adam Tocci, Jeanne Wyand, and Nancy Fleming, in their individual capacity, with prejudice and without costs, and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>ANDREW PAQUETTE,<br>By his attorneys, | The Defendants,<br>JOHANNA VAN HOUTEN RILEY, CARLOS LLANSO, ANNE KINGAN, ALICE ROEMER, MARY BETH YENTZ, LINDA WEATHERBEE, ADAM TOCCI, JEANNE WYAND, AND NANCY FLEMING,<br>By their attorneys, |
| **SULLIVAN, HAYES & QUINN** | **PIERCE, DAVIS & PERRITANO, LLP** |
| */s/ Meghan B. Sullivan*<br>Meghan B. Sullivan, BBO#<br>One Monarch Place - Suite 1200<br>Springfield, MA 01144<br>(413) 736-4538 | */s/ John J. Cloherty III*<br>John J. Cloherty III, BBO# 566522<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

The Defendant,
MELANSON, HEATH AND COMPANY,
By its attorneys,

**TAYLOR, DUANE, BARTON & GILMAN, LLP**

*/s/ Edward D. Shoulkin*
Edward D. Shoulkin, BBO # 555483
160 Federal Street - 5th Floor
Boston, MA 02110
(617) 654-8200