UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Andrew Paquette,</u>
        Plaintiff,

    v.                              CIVIL ACTION NO. <u>05-40099-FDS</u>

<u>Nashoba Regional School District &</u>
<u>Melanson, Health and Company,</u>
        Defendants,

## AMENDED JUDGMENT IN A CIVIL CASE

<u>Saylor, D.J.</u>

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by the Court**. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

X    IT IS ORDERED AND ADJUDGED: in accordance with the defendants', Nashoba Regional School District and Melanson, Health and Company's , Offer of Judgment dated 11/28/06, and the plaintiff's acceptance of said offer, that judgment be entered in favor of the plaintiff, Andrew Paquette against the defendants, Nashoba Regional School District and Melanson, Health and Company, in the amount of $60,000.00.


                                                  SARAH THORNTON, CLERK

Dated: <u> 1/23/07 </u>                             /s/ Martin Castles
                                                ( By ) Deputy Clerk